2:00-0186
Rhule v. Thornton

```
                              10.
                    SAMUEL L. KAY, CLERK
                    S District of Ba...
```

```
CASE 00-C-358

KATHRYN G. RHULE              vs.  DANIEL D. THORNTON

LINE  DATE      ACTION
1  02/17/00  *CASE INFO SHEET; C; SUM & 2 CPY; F FEE; $75.00; RCT #303698
2            SUM MAILED BY CM
3  02/24/00  # S/P AS TO L.U. TRUCKING SIGNED 2/22/00
4  03/08/00  # COV LET; NOT OF REMOVAL TO US DISTRICT COURT W/EXH & COS
```

