UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

KATHRYN G. RHULE and
TIMOTHY A. RHULE, her husband,

    Plaintiffs,

vs.                                  Civil Action No. 2:00-0186

DANIEL D. THORNTON and
L.V. TRUCKING, INC.,

    Defendants.

## NOTICE TO COUNSEL OF FAILURE TO ANSWER WITHIN APPROPRIATE TIME FRAME

This action was initiated on March 8, 2000, by the filing of a Notice of Removal by Christopher J. Pyles, counsel for defendants. The docket in this action reflects that a copy of the docket sheet from the Circuit Court of Kanawha County was filed on March 10, 2000, and since that time, no further documents have been filed, including any Answer on behalf of the Defendants.

Counsel should take appropriate or necessary action to cause default judgment to be entered or seek dismissal of this case.

Dated this 13th day of July, 2000.

                                    SAMUEL L. KAY, CLERK OF COURTS

                                    By _____
                                            Deputy Clerk

FILED
JUL 14
SAMUEL L. KAY, CLERK