IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston



KATHRYN G. RHULE and
TIMOTHY A. RHULE, her husband,

    Plaintiffs,

v.                          CIVIL ACTION NO. 2:00-CV-00186

DANIAL D. THORNTON and
L.V. TRUCKING, INC.,

    Defendants.

## ANSWER OF DEFENDANTS,
## DANIEL D. THORNTON AND L.V. TRUCKING, INC.

Comes now the Defendants, Daniel D. Thornton and L.V. Trucking, Inc., by counsel, Christopher J. Pyles and MacCorkle, Lavender & Casey, PLLC, and for their Answer to the Complaint filed by Plaintiffs herein, state as follows:

### FIRST DEFENSE

The Complaint filed herein by Plaintiffs against these Defendants fails to state a claim or cause of action against Defendants upon which relief can be granted in favor of Plaintiffs against these Defendants.

### SECOND DEFENSE

These Defendants deny all facts and allegations contained in Plaintiffs' Complaint not hereinafter specifically and affirmatively admitted, and further state as follows:

#197352

1. These Defendants are without sufficient knowledge or information as to the truth or falsity of the allegations contained in numerical paragraph 1 of Plaintiffs' Complaint filed herein and, therefore, deny the same and demand full and strict proof thereof.

2. These Defendants admit the allegations contained in numerical paragraph 2 of Plaintiffs' Complaint filed herein.

3. These Defendants admit the allegations contained in numerical paragraph 3 of Plaintiffs' Complaint filed herein.

4. These Defendants are without sufficient knowledge or information as to the truth or falsity of the allegations contained in numerical paragraph 4 of Plaintiffs' Complaint filed herein and, therefore, deny the same and demand full and strict proof thereof.

5. These Defendants are without sufficient knowledge or information as to the truth or falsity of the allegations contained in numerical paragraph 5 of Plaintiffs' Complaint filed herein and, therefore, deny the same and demand full and strict proof thereof.

6. These Defendants deny the allegations contained in numerical paragraph 6 of Plaintiffs' Complaint filed herein, and demand full and strict proof thereof.

7. These Defendants deny the allegations contained in numerical paragraph 7 of Plaintiffs' Complaint filed herein, and demand full and strict proof thereof.

8. These Defendants deny the allegations contained in numerical paragraph 8 of Plaintiffs' Complaint filed herein, and demand full and strict proof thereof.

9. These Defendants deny the allegations contained in numerical paragraph 9 of Plaintiffs' Complaint filed herein, and demand full and strict proof thereof.

#197352

### THIRD DEFENSE

The Defendant does hereby invoke any and all affirmative defenses applicable in defense of the claims asserted herein against him by the Plaintiff as may be relevant or pertinent and justified and established by the facts and circumstances hereof. Such affirmative defenses are as contemplated and/or set forth in Rule 8 of the West Virginia Rules of Civil Procedure and any and all matter constituting an avoidance or affirmative defense as contemplated by Rule 8 of the West Virginia Rules of Civil Procedure.

### FOURTH DEFENSE

The Defendant invokes all affirmative defenses applicable herein, including, but not limited to, comparative negligence, contributory negligence, statute of limitations, and reserves the right to assert any other affirmative defenses which are established by the evidence to be applicable in this matter.

### FIFTH DEFENSE

The Defendant states that if the Plaintiff sustained the damages about which she complains, all of which are specifically denied, said damages were proximately caused or substantially contributed to by reason of negligence on the part of the Plaintiff herein, or by reason of negligence by other persons, firms, or corporations, not by reason of negligence on the part of the Defendant.

### SIXTH DEFENSE

The Defendant denies that he is liable, obligated, or indebted unto the Plaintiff for any sum or sums, as prayed for in Plaintiff's Complaint, or otherwise, upon any basis in law or in fact.

#197352

WHEREFORE, Defendants, Daniel D. Thornton and L.V. Trucking, Inc., do therefore pray that the Complaint filed herein and against them be dismissed; that the relief prayed for therein be denied and that they recover of and from the Plaintiffs, Kathryn G. Rhule and Timothy A. Rhule, her husband, their reasonable costs, including necessary attorneys' fees expended upon behalf of the defense of this said civil action, and that they be granted such other and further relief as the Court may deem just and proper.

                              **DANIEL D. THORNTON and**
                              **L.V. TRUCKING, INC.,**
                              **By Counsel**

_____
Christopher J. Pyles (#6653)
MacCorkle, Lavender & Casey, PLLC
800 One Valley Square
Post Office Box 3283
Charleston, WV 25332
304/344-5600

#197352

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

KATHRYN G. RHULE and
TIMOTHY A. RHULE, her husband,

    Plaintiffs,

v.                                   CIVIL ACTION NO. _____

DANIAL D. THORNTON and
L.V. TRUCKING, INC.,

    Defendants.

## CERTIFICATE OF SERVICE

I, Christopher J. Pyles, counsel for Defendant, Robert Lee Nelson, Jr., do hereby certify that I have on this the __4th__ day of __August__, 2000, served a true and exact copy of the foregoing **"Answer of Defendants, Daniel D. Thornton and L.V. Trucking, Inc."** upon all counsel of record herein, by depositing the same in the regular United States Mail, postage prepaid, and addressed as follows:

    Lyne Ranson, Esquire
    Bank One Center, Suite 829
    707 Virginia Street
    Charleston, WV 25301
        *Counsel for Plaintiffs*

                                        **DANIEL D. THORNTON and**
                                        **L.V. TRUCKING, INC.,**
                                        ~~By~~ Counsel

_____
Christopher J. Pyles (#8653)
MacCorkle, Lavender & Casey, PLLC
800 One Valley Square
Post Office Box 3283
Charleston, WV 25332
304/344-5600

#197352