UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ENTERED**

SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

KATHRYN G. RHULE, and
TIMOTHY RHULE,

      Plaintiffs

v.                            Civil Action No. 2:00-0186

DANIEL D. THORNTON, and
L.U. TRUCKING, INC.,

      Defendants

## ORDER AND NOTICE

Pursuant to the Local Rules of Civil Procedure of this Court, effective September 1, 1994, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

9/8/2000      Joinder of any party other than those named in the complaint, the filing of any cross-claim or counterclaim and reply, and any amendment by any party of any pleading.

9/8/2000      Motions under Rule 12(b) of the Federal Rules of Civil Procedure, together with supporting briefs, memoranda, affidavits or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice. One copy of all motions and supporting documents must also be delivered to the assigned judicial officer. LR Civ P 4.01(a).)

9/18/2000     Last day for Rule 26(f) meeting.

9/25/2000     Last day to file report of Rule 26(f) meeting -- See LR Civ P 2.01(b) and FR Civ P Form 35.

10/13/2000    Scheduling conference with court at 9:00 a.m. unless canceled. Lead counsel directed to appear.

10/20/2000    Entry of scheduling order.

10/23/2000    Last day to make Rule 26(a)(1) disclosures.

                     DATED: August 15, 2000

                                United States District Judge

5