IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston



SAMUEL L. KAY CLERK
U S DISTRICT & BANKRUPTCY COURTS
SOUTHERN DIST OF WEST VIRGINIA

KATHRYN G. RHULE and
TIMOTHY A. RHULE, her husband,

Plaintiffs,

v.

CIVIL ACTION NO. 2:00-CV-00186

DANIEL D. THORNTON and
L.V. TRUCKING, INC.,

Defendants.

## REPORT OF PARTIES' RULE 26 PLANNING MEETING

1.      Pursuant to Fed.R.Civ. P. 26(a)(1) and L.R.Civ.P. 2.01, a telephone meeting

of the parties was held in Charleston, West Virginia, on September 11, 2000, attended by:

> a.      Lyne Ranson, Esquire (#3018)
> Huntington Bank Building, Suite 814
> 900 Lee Street
> Charleston, WV 25301
>         *Counsel for Plaintiffs*

> b.      Christopher J. Pyles (#3653)
> MacCorkle, Lavender & Casey, PLLC
> 800 One Valley Square
> Post Office Box 3283
> Charleston, WV 25332
>         *Counsel for Defendants*

The parties discussed the nature and basis of the claims and defenses, the

possibility for a prompt settlement or resolution of the case, arrangements for the

disclosures requested by Fed.R.Civ.P. 26(a)(1), and a proposed discovery plan. Despite

exchanges on all issues, the parties still disagree on the extent of liability and damages.

However, after some discovery, the parties believe this case may be suitable for mediation.

#208563

2.   **Pre-discovery Disclosures:** The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by October 16, 2000.

3.   **Discovery Plan:** The parties jointly propose the following discovery plan:

   a.   Discovery will be needed on the following subjects:

      1)   Plaintiff's specific basis for each claim against each Defendant; and

      2)   Defenses to Plaintiff's allegations against each Defendant.

   b.   All discovery is to be commenced in time to be completed by February 15, 2001; however, the parties reserve leave to agree among themselves to extensions for expert depositions.

   c.   Plaintiff's disclosure of fact witnesses shall be completed by October 16, 2000, and Defendants' disclosure of fact witnesses shall be completed by October 16, 2000.

   d.   Reports from retained experts under Fed.R.Civ.P. 26(a)(2) are due from Plaintiff by January 15, 2001, and from Defendants by February 1, 2001.

   e.   A maximum of 40 interrogatories will be permitted by each party to any other party.

   f.   A maximum of 40 requests for production of documents will be permitted by each party to any other party.

   g.   It is not anticipated that a limit on depositions or requests for admissions will be necessary.

#208563

4. **Other items:**

   a. A pretrial conference is requested approximately one (1) month before trial.

   b. This case should be reach for trial by March 1, 2001, and, at this time, is expected to take approximately two (2) days.

AGREED: September 11, 2000.

PREPARED BY:

Christopher J. Pyles (#6653)
MacCorkle, Lavender & Casey, PLLC
800 One Valley Square
Post Office Box 3283
Charleston, WV 25332
   *Counsel for Defendants*

REVIEWED AND APPROVED BY:

Lyne Ranson, Esquire (#3018)
Huntington Bank Building, Suite 814
900 Lee Street
Charleston, WV 25301
   *Counsel for Plaintiffs*

#208563