UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

KATHRYN G. RHULE, and
TIMOTHY RHULE,

    Plaintiffs

v.                             Civil Action No. 2:00-0186

DANIEL D. THORNTON, and
L.U. TRUCKING, INC.,

    Defendants

ORDER

The court having reviewed the parties' report of counsel, the scheduling conference set for October 13, 2000, at 9:00 a.m. is canceled.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and LR Civ P 2.01(e), it is accordingly ORDERED that this case shall proceed as follows:

1. <u>Discovery</u>. All discovery requests shall be completed by January 12, 2001. "Completed" means that all discovery, objections, motions to compel and all other motions and replies relating to discovery in this action must be filed and/or noticed in time for the party objecting or responding to have opportunity under the Federal Rules of Civil Procedure to make

response. "All discovery" includes all disclosures and discovery except the disclosures required by FR Civ P 26(a)(3).

2. <u>Summary Judgment and Other Dispositive Motions</u>. All dispositive motions, except those under Rule 12(b) of the Federal Rules of Civil Procedure, together with depositions, admissions, documents, affidavits or other such matter in support thereof, shall be filed and served by February 9, 2001, with responses due by February 23, 2001, and replies due by March 5, 2001. Any motion and response must be supported by a memorandum at the time filed or submitted. A copy of the motion, supporting *memorandum, response and reply, together with documents or* materials in support, shall be delivered to the undersigned at the time of filing.

3. <u>Pre-Trial Order</u>. Counsel are responsible for the submission of a proposed pre-trial order as follows: Counsel for plaintiffs shall prepare and complete plaintiffs' portion by March 16, 2001, and shall submit it to counsel for defendants, who shall prepare and complete their portion thereof and then submit the integrated proposed order, signed by all counsel, to the court for entry no later than March 23, 2001.

4. <u>Proposed Charges to the Jury</u>. The original and one copy of proposed jury instructions, numbered and in charge form, on substantive theories of recovery or defense, on damages and on evidentiary matters peculiar to the case, and special interrogatories, if any be appropriate to the case, requested by counsel for submission to the jury, together with a verdict form, shall be exchanged by counsel and submitted to the undersigned by April 27, 2001.

5. <u>Pre-Trial Conference</u>. A pre-trial conference shall be held at 2:30 p.m. on April 6, 2001, at which lead trial counsel shall appear fully prepared to discuss all aspects of the case. Individuals with full authority to settle the case for each party shall be present in person or immediately available by telephone.

No later than March 16, 2001, the parties and their lead trial counsel shall meet and conduct negotiations looking toward the settlement of the action, and counsel will be prepared at the conference to certify that they have done so. Counsel for the plaintiffs shall take the initiative in scheduling such meeting, and all other counsel shall cooperate to effect such negotiations. If this action is not settled, and if there is no order or stipulation to the contrary, counsel and unrepresented

parties shall make all FR Civ P 26(a)(3) disclosures at the meeting.

6. <u>Trial</u>. Trial of this action shall be held at 9:30 a.m. on May 7, 2001, in the United States Courthouse, at Charleston.

7. <u>Failure to Appear or Negotiate</u>. Should lead trial counsel fail to appear at any pre-trial conference or otherwise fail to meet and confer in good faith with opposing counsel as required in paragraph 5 above, or should a party or his authorized representative fail to appear or be available at any conference or otherwise fail to meet and confer in good faith as required in paragraph 5 above, appropriate sanctions may be imposed, including, but not limited to, sanctions by way of imposition of attorney's fees against the attorney and/or his client pursuant to Rule 16(f) of the Federal Rules of Civil Procedure.

All proceedings shall be held by the court at the Robert C. Byrd United States Courthouse, Charleston, West Virginia.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: October 12, 2000

JOHN T. COPENHAVER, JR.
United States District Judge