IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

KATHRYN G. RHULE and
TIMOTHY A. RHULE, her husband,

Plaintiffs,

v.  CIVIL ACTION NO. 2:00-CV-00186

DANIAL D. THORNTON and
L.V. TRUCKING, INC.,

Defendants.

## CERTIFICATE OF SERVICE

I, Christopher J. Pyles, counsel for Defendants, Daniel D. Thornton and L.V. Trucking, Inc., do hereby certify that I have on this the __30th__ day of __November__, 2000, served a true and exact copy of the foregoing **"Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiffs"** upon all counsel of record herein, by depositing the same in the regular United States Mail, postage prepaid, and addressed as follows:

>Lyne Ranson, Esquire
>Bank One Center, Suite 829
>707 Virginia Street
>Charleston, WV 25301
>*Counsel for Plaintiff*

**DANIEL D. THORNTON and
L.V. TRUCKING, INC.,
By Counsel**

_____
Christopher J. Pyles (#6653)
MacCorkle, Lavender & Casey, PLLC
800 One Valley Square
Post Office Box 3283
Charleston, WV 25332
304/344-5600

#197354