IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

KATHRYN G. RHULE and
TIMOTHY A. RHULE, her husband,

Plaintiffs,

v.                                        CIVIL ACTION NO. 2:00-CV-00186

DANIEL D. THORNTON and
L.V. TRUCKING, INC.,

Defendants.

## OFFER OF JUDGMENT

COME NOW Defendants, Daniel D. Thornton and L.V. Trucking, Inc., by counsel, Christopher J. Pyles and MacCorkle, Lavender & Casey, PLLC, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Pursuant to that Rule, these Defendants hereby make an offer of judgment of $7,000.00. Defendants further plead that they not be indebted to any greater amount to the Plaintiffs in this matter and, if the judgment obtained by Plaintiffs is not more favorable than this offer, Defendants move this Court to order Plaintiffs to pay all costs incurred in the defense of this matter after the date of this offer.

DANIEL D. THORNTON and
L.V. TRUCKING, INC.,
By Counsel

Christopher J. Pyles (#6653)
MacCorkle, Lavender & Casey, PLLC
800 One Valley Square
Charleston, WV 25301
304/344-5600

#208354

## CERTIFICATE OF SERVICE

I, Christopher J. Pyles, counsel for Defendants, do hereby certify that on this 6th day of December, 2000, I served a true and correct copy of the foregoing **OFFER OF JUDGMENT** upon counsel of record, by depositing the same in the regular United States Mail, postage prepaid, sealed in an envelope, and addressed as follows:

Lyne Ranson, Esquire #3018
Bank One Center, Suite 829
707 Virginia Street
Charleston, WV 25301
    *Counsel for Plaintiffs*

**DANIEL D. THORNTON and
L.V. TRUCKING, INC.,
By Counsel**

_____
Christopher J. Pyles (#6653)
MacCorkle, Lavender & Casey, PLLC
800 One Valley Square
Charleston, WV 25301
304/344-5600

#208354