IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

**ENTERED**

SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

KATHRYN G. RHULE and
TIMOTHY A. RHULE, her husband,

Plaintiffs,

v.                                                                CIVIL ACTION NO. 2:00-CV-00186

DANIEL D. THORNTON and
L.V. TRUCKING, INC.,

Defendants.

## AGREED DISMISSAL ORDER

This day came the parties, by counsel, and announced to the Court that all

matters in controversy herein have been compromised, settled and agreed and jointly

moved the Court to dismiss this action, with prejudice, from the docket of the United

States District Court for the Southern District of West Virginia.

The Court does **ORDER** that this action is dismissed, with prejudice, from the

docket of the United States District Court for the Southern District of West Virginia, with

the parties to bear their respective attorney fees and costs incurred in and about the

prosecution in the defense of this action.

It is further **ORDERED** that the Clerk of the Court shall distribute certified copies

of this Order to counsel of record upon entry with the Court.


Entered this __26th__ day of _____April_____, 2001.


_____

#219650

13

PREPARED BY:

_____
Christopher J. Pyles (#6653)
MacCorkle, Lavender & Casey, PLLC
800 One Valley Square
Post Office Box 3283
Charleston, WV 25332
    *Counsel for Defendants*


APPROVED AS TO FORM BY:

_____
Lyne Ranson, Esquire #3018
Bank One Center, Suite 829
707 Virginia Street
Charleston, WV 25301
    *Counsel for Plaintiffs*